IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01272-DME-BNB

RUBEN SAUL VARELA,

Plaintiff,

v.

WASTE MANAGMENT [sic],

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **July 3, 2007**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 19, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge